**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>VERONICA GARCIA,<br><br>Debtor. | Bankruptcy Case No. 19-13115 EEB<br><br>Chapter |

**ORDER AND NOTICE OF NON-EVIDENTIARY HEARING**

**IT IS HEREBY ORDERED** that the Chapter 7 Trustee's Objection to Debtor's Claim of Homestead Exemption and Debtor's Response thereto are set for a non-evidentiary hearing on a trailing docket before Judge Elizabeth E. Brown on **Thursday, August 1, 2019, at 2:00 p.m.,** on a trailing docket, in the United States Bankruptcy Court for the District of Colorado, Courtroom F, U.S. Custom House, 721 19th Street, Denver, Colorado. The parties shall be prepared to make legal arguments, *bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 18th day of July, 2019.

BY THE COURT:

*Elizabeth E. Brown*
_____
Elizabeth E. Brown, Bankruptcy Judge