## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| VERONICA GARCIA, | )   Case No. 19-13115 EEB |
| | )   Chapter 7 |
| Debtor. | ) |

___

### NOTICE OF SUBSTITUTION OF COUNSEL
___

Pursuant to Local Bankruptcy Rule 9010-4, notice is hereby given that Lacey S. Bryan is withdrawing as counsel for **KCP Servicing, LLC** ("KCP"), as she is no longer with the law firm of Wadsworth Garber Warner Conrardy, P.C.  Aaron J. Conrardy, attorney at Wadsworth Garber Warner Conrardy, P.C., will continue to represent KCP.  The undersigned requests that the Court and all other interested parties remove Lacey S. Bryan from all mailing lists and matrices in this case, and that the Court and all other interested parties instead send copies of all notices, pleadings, judgments, and orders in this case as follows:

> Wadsworth Garber Warner Conrardy, P.C.
> Attn: Aaron J. Conrardy
> 2580 West Main Street, Suite 200
> Littleton, Colorado 80120

Please update records in this case accordingly.

DATED this 19th day of July, 2019

> Respectfully submitted,
>
> WADSWORTH GARBER WARNER CONRARDY, P.C.
>
> */s/ Aaron J. Conrardy*
> Aaron J. Conrardy, #40030
> 2580 West Main Street, Suite 200
> Littleton, Colorado 80120
> 303-296-1999 / 303-296-7600 FAX
> aconrardy@wgwc-law.com
> Attorneys for KCP Servicing, LLC
>
> */s/ Lacey S. Bryan*
> Lacey S. Bryan, #51908

## **CERTIFICATE OF MAILING**

The undersigned certifies that on July 19, 2019, I served by prepaid first class mail a copy of the Notice of Substitution of Counsel on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

Veronica Garcia
1259 Utica St.
Denver, CO 80204

Dustin J. Klein
dklein@culpepperlaw.us

Harvey Sender
harveysender1@sendertrustee.com

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Benjamin R. Skeen
brskeen@skeen-skeen.com

                                      */s/Angela Garcia*
                                      For Wadsworth Garber Warner Conrardy, P.C.